**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Geovanni Bahena Figueroa

Plaintiff,

v.

Case No.: 1:26−cv−00057
Honorable Sara L. Ellis

Holistic Vet Blend, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 8, 2026:

MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Plaintiff's notice of voluntary dismissal [8], the Court dismisses this matter without prejudice and with each party to bear its own fees and costs. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.